**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Lamont LIGHTY, a/k/a Black,**
**a/k/a Young, a/k/a Richard Dock, a/k/a**
**Bro, a/k/a Richard Duck, a/k/a Melvin,**
**Defendant–Appellant.**

**No. 08–7066.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2008.

Decided: Oct. 20, 2008.

Richard Lamont Lighty, Appellant Pro Se. Thomas Lin Eckert, Assistant United

**358**

States Attorney, Roanoke, Virginia, for Appellee.

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Lamont Lighty appeals the district court's orders denying his 18 U.S.C. § 3582(c) (2000) motion and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lighty*, No. 7:04–cr–00072–sgw–1 (W.D.Va. May 23, 2008; June 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*